

Littler Mendelson, PC
290 Broadhollow Road
Suite 305
Melville, NY 11747

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
631.293.4526 fax
mcapobianco@littler.com

May 15, 2019

**VIA ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Cedric Bishop v. Lighthouse Marina, Inc.*
      U.S. District Court, S.D.N.Y., Civil Case No. 19-cv-01814 (JPO)

Dear Judge Oetken:

This firm represents the Defendant in the above-referenced action. On behalf of Defendant, we write with consent of Plaintiff's Counsel, to advise the Court that the parties have reached a settlement in principle in this matter. The parties anticipate submitting their Rule 41 Stipulation of Dismissal with Prejudice shortly.

Accordingly, we respectfully request that all current deadlines and conferences, including Defendant's May 24th deadline to respond to the Complaint, be adjourned *sine die* pending the finalization of the settlement.

The parties thank the Court for its time and attention to this request.

Respectfully submitted,

Matthew R. Capobianco, Esq.

cc:   All Parties of Record (*via ECF*)

FIRMWIDE:164411491.1 102879.1001

littler.com