UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CEDRIC BISHOP And On Behalf of All Other Persons Similarly Situated,

       Plaintiffs,

-against-

LIGHTHOUSE MARINA, INC.

       Defendant.
------------------------------------------------------------X

Index No.:19-cv-01814
**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), CEDRIC BISHOP, and Defendant, LIGHTHOUSE MARINA, INC., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
   June 6, 2019

**LITTLER MENDLESON P.C.**

_____
Matthew R. Capobianco, Esq.
290 Broadhollow Road, Suite 305
Melville, NY 11747
(631) 247-4736
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge